STEVEN G. KALAR
Federal Public Defender
ROBERT CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant DESTINY JEAN BETTS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00613-DLJ |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; [] ORDER |
| vs. | |
| DESTINY JEAN BETTS, | |
| Defendant. | |

Plaintiff United States of America, by and through Assistant United States Attorney Grant Fondo, and Defendant DESTINY JEAN BETTS ("Ms. Betts"), by and through her attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the status conference in this case should be continued from December 6, 2012, at 9:00 a.m., to February 14, 2012, at 9:00 a.m.

1. Ms. Betts has been charged in a four count indictment with violations of 21 U.S.C. §§ 846, 841 (a)(1), 963, 952, 960 (a)(1), and 18 U.S.C. § 2.

2. A status conference before this Honorable Court has been scheduled for December 6, 2012, at 9:00 a.m.

STIPULATION TO CONTINUE HEARING;
[] ORDER
NO. CR 12-00613-DLJ

1

1    3. Ms. Betts' case was reassigned to current counsel who needs additional time to review
2    the discovery materials, and to meet and to discuss the case with Ms. Betts.
3    4. Ms. Betts respectfully requests that the status hearing be continued as requested, and
4    agrees to the exclusion of time from December 6, 2012, at 9:00 a.m., to February 14, 2012, at
5    9:00 a.m. pursuant to 18 U.S.C. § 3161 (h)(7)(A).
6    5. Ms. Betts respectfully requests that the status hearing be continued as requested
7    6. Accordingly, the parties request that the status hearing be continued from December
8    6, 2012, at 9:00 a.m., to February 14, 2013, at 9:00 a.m.

10   IT IS SO STIPULATED.

11                                          Respectfully submitted,

12                                          STEVEN G. KALAR
                                            Federal Public Defender
13

14                                          _____/s/_____
     Dated: December 5, 2012                ROBERT M. CARLIN
15                                          Assistant Federal Public Defender

16
                                            UNITED STATES ATTORNEY
17

18
     Dated: December 5, 2012                ____/s/_____
19                                           GRANT FONDO
                                             Assistant United States Attorney
20

26   STIPULATION TO CONTINUE HEARING;
     [] ORDER
     NO. CR 12-00613-DLJ

                                            2

STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for DESTINY JEAN BETTS,

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | No. CR 12-00613-DLJ |
|                                ) | |
| Plaintiff,                     ) | [] ORDER ON STIPULATION |
|                                ) | TO CONTINUE STATUS CONFERENCE |
| vs.                            ) | |
|                                ) | |
| DESTINY JEAN BETTS,,           ) | |
|                                ) | |
| Defendant.                     ) | |

    1. Ms. Betts has been charged in a four count indictment with violations of 21 U.S.C. §§ 846, 841 (a)(1), 963, 952, 960 (a)(1), and 18 U.S.C. § 2.

    2. A status conference has been scheduled for December 6, 2012, at 9:00 a.m.

    3. Ms. Betts' case was reassigned to current counsel who needs additional time to review the discovery materials, and to meet and to discuss the case with Ms. Betts.

    4. The status hearing in this matter shall be continued from December 6, 2012, at 9:00 a.m., to February 14, 2013, at 9:00 a.m., and time shall be excluded pursuant to 18 U.S.C. § 3161 (h)(7)(A).

IT IS SO ORDERED.

Dated: _____    _____
                                                   HON. D. LOWELL JENSEN
                                                   United States District Judge

STIPULATION TO CONTINUE HEARING;
[] ORDER
NO. CR 12-00613-DLJ