1 STEVEN G. KALAR
Federal Public Defender
2 ROBERT CARLIN
Assistant Federal Public Defender
3 160 West Santa Clara Street, Suite 575         EÒ╚¤░ŠÒÖÖ╱ÆÄ─╫╫ī╫─╫HE
San Jose, CA  95113
4 Telephone:  (408) 291-7753
E-mail: robert_carlin@fd.org
5
Counsel for Defendant,
6 DESTINY JEAN BETTS

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11                                        )
UNITED STATES OF AMERICA,                )   No. CR 12-00613-DLJ
12                                        )
                       Plaintiff,         )   STIPULATION TO CONTINUE STATUS
13                                        )   CONFERENCE; [] ORDER
vs.                                      )
14                                        )
DESTINY JEAN BETTS,                      )
15                                        )
                       Defendant.         )
16 _____

17        Plaintiff United States of America, by and through Assistant United States Attorney

18 Grant Fondo, and Defendant DESTINY JEAN BETTS ("Ms. Betts"), by and through her

19 attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the

20 status conference in this case should be continued from April 18 to May 16, 2013, at 9:00 a.m.

21        1.  Ms. Betts has been charged in a four count indictment with violations of 21 U.S.C. §§

22 846, 841 (a)(1), 963, 952, 960 (a)(1), and 18 U.S.C. § 2.

23        2.  A status conference before this Honorable Court has been scheduled for April 18,

24 2013, at 9:00 a.m.

25 ///

26 STIPULATION TO CONTINUE HEARING;
[] ORDER
NO. CR 12-00613-DLJ
                                            1

1       3.  Counsel and Ms. Betts need additional time to review the discovery materials, and the

2   parties are examining and discussing issues that could significantly affect any potential

3   resolution of the matter.

4       4.  Ms. Betts respectfully requests that the status hearing be continued as requested, and

5   agrees to the exclusion of time from April 18 to May 16, 2013, pursuant to 18 U.S.C. § 3161

6   (h)(7)(A).

7       5.  Accordingly, the parties request that the status hearing be continued from April 18 to

8   May 16, 2013, at 9:00 a.m.

9

10          IT IS SO STIPULATED.

11                                          Respectfully submitted,

12                                          STEVEN G. KALAR
                                            Federal Public Defender
13

14                                          /S/_____
15   Dated:  April 12, 2013                 ROBERT M. CARLIN
                                            Assistant Federal Public Defender
16

17                                          UNITED STATES ATTORNEY

18

19   Dated: April 12, 2013                  /S/_____
                                            GRANT FONDO
20                                          Assistant United States Attorney

21

22

23

24

25

26   STIPULATION TO CONTINUE HEARING;
     [] ORDER
     NO. CR 12-00613-DLJ

1 | STEVEN G. KALAR
Federal Public Defender
2 | ROBERT M. CARLIN
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA 95113
4 | Telephone: (408) 291-7753
E-mail: robert_carlin@fd.org
5
Counsel for Defendant,
6 | DESTINY JEAN BETTS

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | SAN JOSE DIVISION

11 | )
UNITED STATES OF AMERICA, ) No. CR 12-00613-DLJ
12 | )
Plaintiff, ) [ ORDER ON STIPULATION
13 | ) TO CONTINUE STATUS CONFERENCE
vs. )
14 | )
DESTINY JEAN BETTS,, )
15 | )
Defendant. )
16 | _____

17      1. Ms. Betts has been charged in a four count indictment with violations of 21 U.S.C. §§

18 | 846, 841 (a)(1), 963, 952, 960 (a)(1), and 18 U.S.C. § 2.

19      2. A status conference before this Honorable Court has been scheduled for April 18,

20 | 2013, at 9:00 a.m.

21      3. Counsel and Ms. Betts need additional time to review the discovery materials, and the

22 | parties are examining and discussing issues that could significantly affect any potential

23 | resolution of the matter.

24      4. There is good cause for the requested continuance, and the "ends of justice" served by

25 | taking such action "outweigh the best interest of the public and the defendant in a speedy trial."

26 | STIPULATION TO CONTINUE HEARING;
[] ORDER
NO. CR 12-00613-DLJ

3

1   18 U.S.C. § 3161 (h)(7)(A).  Accordingly, the time from April 18 to May 16, 2013, is excluded

2   pursuant to section § 3161 (h)(7)(A).

3       5.  Based on the foregoing, the status conference shall be continued to May 16, 2013, at

4   9:00 a.m.

5

6       IT IS SO ORDERED.

7

8   Dated: _____        _____

9                                          HON. D. LOWELL JENSEN
                                           United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  STIPULATION TO CONTINUE HEARING;
    [] ORDER
    NO. CR 12-00613-DLJ

4