1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant,
6  DESTINY JEAN BETTS

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11                                          )
    UNITED STATES OF AMERICA,                )   No. CR 12-00613-DLJ
12                                          )
              Plaintiff,                     )   STIPULATION TO CONTINUE STATUS
13                                          )   CONFERENCE; [] ORDER
    vs.                                      )
14                                          )
    DESTINY JEAN BETTS,                      )
15                                          )
              Defendant.                     )
16  _____

17       Plaintiff United States of America, by and through Assistant United States Attorney

18  Thomas O'Connell, and Defendant DESTINY JEAN BETTS ("Ms. Betts"), by and through her

19  attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the

20  status conference in this case should be continued from June 20 to August 8, 2013, at 9:00 a.m.

21       1. Ms. Betts has been charged in a four count indictment with violations of 21 U.S.C. §§

22  846, 841 (a)(1), 963, 952, 960 (a)(1), and 18 U.S.C. § 2.

23       2. A status conference before this Honorable Court has been scheduled for June 20,

24  2013, at 9:00 a.m.

25       3. The case was recently reassigned within the United States Attorney's Office to

26  STIPULATION TO CONTINUE HEARING;
    [] ORDER
    NO. CR 12-00613-DLJ
                                    1

1  Assistant United States Attorney Thomas O'Connell, who needs additional time to review
2  discovery, conduct investigation and confer with the case agents. Additionally, Ms. Betts and
3  Counsel need additional time to conduct additional investigation of certain issues, the outcome
4  of which could significantly affect any potential resolution of the matter.
5      4. Accordingly, the parties respectfully request that the status hearing be continued as
6  requested, and agree to the exclusion of time from June 20 to August 8, 2013, pursuant to 18
7  U.S.C. § 3161 (h)(7)(A).
8      IT IS SO STIPULATED.

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender

/s/
_____
Dated: June 18, 2013       ROBERT CARLIN
                          Assistant Federal Public Defender

UNITED STATES ATTORNEY

/s/
_____
Dated: June 18, 2013       THOMAS O'CONNELL
                          Assistant United States Attorney

STIPULATION TO CONTINUE HEARING;] ORDER
NO. CR 12-00613-DLJ

2

1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant,
6  DESTINY JEAN BETTS

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11                                         )
    UNITED STATES OF AMERICA,              )   No. CR 12-00613-DLJ
12                                         )
                  Plaintiff,               )   [] ORDER ON STIPULATION
13                                         )   TO CONTINUE STATUS CONFERENCE
    vs.                                    )
14                                         )
    DESTINY JEAN BETTS,                    )
15                                         )
                  Defendant.               )
16  _____

17      1. Ms. Betts has been charged in a four count indictment with violations of 21 U.S.C. §§

18  846, 841 (a)(1), 963, 952, 960 (a)(1), and 18 U.S.C. § 2.

19      2. A status conference before this Honorable Court has been scheduled for June 20,

20  2013, at 9:00 a.m.

21      3. The case was recently reassigned within the United States Attorney's Office to

22  Assistant United States Attorney Thomas O'Connell, who needs additional time to review

23  discovery, conduct investigation and confer with the case agents.  Additionally, Ms. Betts and

24  Counsel need additional time to conduct additional investigation of certain issues, the outcome

25  of which could significantly affect any potential resolution of the matter.

26  STIPULATION TO CONTINUE HEARING;
    [] ORDER
    NO. CR 12-00613-DLJ

                                    3

1    4. There is good cause for the requested continuance, and the "ends of justice" served by
2    taking such action "outweigh the best interest of the public and the defendant in a speedy trial."
3    18 U.S.C. § 3161 (h)(7)(A).  Accordingly, the time from June 20 to August 8, 2013, is excluded
4    pursuant to section § 3161 (h)(7)(A).
5    5. Based on the foregoing, the status conference shall be continued to August 8, 2013, at
6    9:00 a.m.
7    IT IS SO ORDERED.

Dated: _____    _____
                                 HON. D. LOWELL JENSEN
                                 United States District Judge

STIPULATION TO CONTINUE HEARING;
[] ORDER
NO. CR 12-00613-DLJ

4