1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant DESTINY JEAN BETTS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00613-DLJ |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; [] ORDER |
| vs. | |
| DESTINY JEAN BETTS, | |
| Defendant. | |

Plaintiff United States of America, by and through Assistant United States Attorney Thomas O'Connell, and Defendant DESTINY JEAN BETTS ("Ms. Betts"), by and through attorney, Assistant Federal Public Defender Cynthia Lie, hereby stipulate that the status conference in this case should be continued from August 8, 2013, at 9:00 a.m., to September 5, 2013, at 9:00 a.m.

1. Ms. Betts has been charged in a four-count indictment with violations of 21 U.S.C. §§ 846, 841 (a)(1), 963, 952, 960 (a)(1), and 18 U.S.C. § 2.

2. A status conference before this Honorable Court has been scheduled for August 8, 2013, at 9:00 a.m.

3. Ms. Betts' case is assigned to Assistant Federal Public Defender Robert Carlin, who is

STIPULATION TO CONTINUE HEARING;
D] ORDER
NO. CR 12-00613-DLJ

1

currently unavailable and also needs additional time to meet and confer with his client and effectively prepare. Ms. Betts is also now scheduled for a long-requested medical appointment on the currently scheduled date.

4. The parties agree to the exclusion of time for effective preparation and continuity of defense counsel from August 8, 2013 to September 5, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A).

5. Accordingly, the parties request that the status hearing be continued from August 8, 2013 to September 5, 2013, at 9:00 a.m.

IT IS SO STIPULATED.

                                  Respectfully submitted,

                                  STEVEN G. KALAR
                                  Federal Public Defender

                                  /S/

Dated: July 23, 2013         CYNTHIA C. LIE
                                  Assistant Federal Public Defender

                                  UNITED STATES ATTORNEY

                                  /S/

Dated: July 23, 2013         THOMAS O'CONNELL
                                  Assistant United States Attorney

STIPULATION TO CONTINUE HEARING;
[] ORDER
NO. CR 12-00613-DLJ

1 | STEVEN G. KALAR
Federal Public Defender
2 | ROBERT M. CARLIN
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA 95113
4 | Telephone: (408) 291-7753

5 | Counsel for DESTINY JEAN BETTS,

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-00613-DLJ |
|---|---|---|
| Plaintiff, | ) | [] ORDER ON STIPULATION |
| | ) | TO CONTINUE STATUS CONFERENCE |
| vs. | ) | |
| DESTINY JEAN BETTS,, | ) | |
| Defendant. | ) | |

1. Ms. Betts has been charged in a four-count indictment with violations of 21 U.S.C. §§ 846, 841 (a)(1), 963, 952, 960 (a)(1), and 18 U.S.C. § 2.

2. A status conference has been scheduled for August 8, 2013 at 9:00 a.m.

3. Ms. Betts' case is assigned to Assistant Federal Public Defender Robert Carlin, who needs additional time to meet and confer with his client and effectively prepare.

4. The parties agree to the exclusion of time for effective preparation and continuity of defense counsel from August 8, 2013 to September 5, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(A).

///

///

STIPULATION TO CONTINUE HEARING;
[] ORDER
NO. CR 12-00613-DLJ

3

1    5. The status hearing in this matter shall be continued from August 8, 2013 to
2    September 5, 2013 at 9:00 a.m.
3    6. The time through and including September 5, 2013, shall be excluded from the period
4    of time within which trial shall commence, as the reasonable time necessary for continuity and
5    effective preparation of counsel, the Court having determined that the ends of justice are served
6    by the granting of such continuance outweigh the best interests of the public and the defendant in
7    a speedy trial.
8    IT IS SO ORDERED.

10   Dated: _____    _____
                                    HON. D. LOWELL JENSEN
11                                  United States District Judge

26   STIPULATION TO CONTINUE HEARING;
     [] ORDER
     NO. CR 12-00613-DLJ

4