STEVEN G. KALAR
Federal Public Defender
ROBERT CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant,
DESTINY JEAN BETTS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-00613-DLJ |
| ) Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE; [] ORDER |
| vs. ) | |
| DESTINY JEAN BETTS, ) | |
| ) Defendant. ) | |

Plaintiff United States of America, by and through Assistant United States Attorney Thomas O'Connell, and Defendant DESTINY JEAN BETTS ("Ms. Betts"), by and through her attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the status conference in this case should be continued from September 26 to October 10, 2013, at 9:00 a.m.

1. Ms. Betts has been charged in a four count indictment with violations of 21 U.S.C. §§ 846, 841 (a)(1), 963, 952, 960 (a)(1), and 18 U.S.C. § 2.

2. A status conference before this Honorable Court has been scheduled for September 26, 2013, at 9:00 a.m.

STIPULATION TO CONTINUE HEARING;
[] ORDER
NO. CR 12-00613-DLJ

1

1  3. The case was recently reassigned within the United States Attorney's Office to
2  Assistant United States Attorney Thomas O'Connell, who needs more time to review discovery,
3  conduct investigation and confer with the case agents. The parties also need additional time to
4  discuss significant issues that may lead to resolution of the case.
5  4. Accordingly, the parties respectfully request that the status hearing be continued as
6  requested, and agree to the exclusion of time from September 26 to October 10, 2013, pursuant
7  to 18 U.S.C. § 3161 (h)(7)(A).

9  IT IS SO STIPULATED.

10                                   Respectfully submitted,

11                                   STEVEN G. KALAR
                                     Federal Public Defender
12
                                            /s/
13
                                     _____
14  Dated: September 24, 2013        ROBERT CARLIN
                                     Assistant Federal Public Defender
15

16                                   UNITED STATES ATTORNEY

17                                          /s/

18  Dated: September 24, 2013        _____
                                     THOMAS O'CONNELL
19                                   Assistant United States Attorney

26  STIPULATION TO CONTINUE HEARING;
    [] ORDER
    NO. CR 12-00613-DLJ
                                    2

1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant,
6  DESTINY JEAN BETTS

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11 UNITED STATES OF AMERICA,        )    No. CR 12-00613-DLJ
                                    )
12                                  )
              Plaintiff,            )    [] ORDER ON STIPULATION
13                                  )    TO CONTINUE STATUS CONFERENCE
   vs.                              )
14                                  )
   DESTINY JEAN BETTS,,             )
15                                  )
              Defendant.            )
16 _____

17     1. Ms. Betts has been charged in a four count indictment with violations of 21 U.S.C. §§

18 846, 841 (a)(1), 963, 952, 960 (a)(1), and 18 U.S.C. § 2.

19     2. A status conference before this Court has been scheduled for September 26, 2013, at

20 9:00 a.m.

21     3. The case was recently reassigned within the United States Attorney's Office to

22 Assistant United States Attorney Thomas O'Connell, who needs more time to review discovery,

23 conduct investigation and confer with the case agents.  The parties also need additional time to

24 discuss significant issues that may lead to resolution of the case.

25 ///

26 STIPULATION TO CONTINUE HEARING;
   [] ORDER
   NO. CR 12-00613-DLJ

                                    3

    4. There is good cause for the requested continuance, and the "ends of justice" served by taking such action "outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161 (h)(7)(A). Accordingly, the time from September 26 to October 10, 2013, is excluded pursuant to section § 3161 (h)(7)(A).

    5. Based on the foregoing, the status conference shall be continued to October 10, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated: September ___G___, 2013  _____
HON. D. LOWELL JENSEN
United States District Judge

STIPULATION TO CONTINUE HEARING;
[] ORDER
NO. CR 12-00613-DLJ

4