|   |   |
|---|---|
| 1 | STEVEN G. KALAR |
|   | Federal Public Defender |
| 2 | ROBERT CARLIN |
|   | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
|   | San Jose, CA  95113 |
| 4 | Telephone:  (408) 291-7753 |
|   | E-mail: robert_carlin@fd.org |
| 5 |   |
|   | Counsel for Defendant, |
| 6 | DESTINY JEAN BETTS |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-00613-DLJ |
|---|---|---|
|   | ) |   |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
|   | ) | SENTENCING; [] ORDER |
| vs. | ) |   |
|   | ) |   |
| DESTINY JEAN BETTS, | ) |   |
|   | ) |   |
| Defendant. | ) |   |

Plaintiff United States of America, by and through Assistant United States Attorney Philip Guentert, and Defendant DESTINY JEAN BETTS ("Ms. Betts"), by and through her attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the sentencing hearing should be continued from January 16 to February 20, 2014, at 10:00 a.m.

1. Ms. Betts appeared before this Honorable Court on October 10, 2013, and entered guilty pleas to violations of 21 U.S.C. §§ 846, 841 (a)(1), 963, 952, 960 (a)(1), and 18 U.S.C. § 2. The sentencing hearing is currently scheduled for January 16, 2014, at 10:00 a.m.

STIPULATION TO CONTINUE HEARING;
[] ORDER
NO. CR 12-00613-DLJ

1

2. United States Probation Officer Benjamin Flores has contacted the parties to request a continuance of the sentencing hearing, in order to complete preparation of the Presentence Report.

3. Accordingly, the parties are respectfully requesting that the sentencing hearing be continued to February 20, 2014, at 10:00 a.m.

IT IS SO STIPULATED.

                                      Respectfully submitted,

                                      STEVEN G. KALAR
                                      Federal Public Defender

                                      ____/s_____
Dated: January 10, 2014        ROBERT CARLIN
                                      Assistant Federal Public Defender


                                      UNITED STATES ATTORNEY


Dated: January 10, 2014        ___/s_____
                                      PHILIP GUENTERT
                                      Assistant United States Attorney

STIPULATION TO CONTINUE HEARING;
[] ORDER
NO. CR 12-00613-DLJ

2

STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant,
DESTINY JEAN BETTS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-00613-DLJ |
| ) | |
| Plaintiff, ) | [] ORDER ON STIPULATION |
| ) | TO CONTINUE STATUS CONFERENCE |
| vs. ) | |
| ) | |
| DESTINY JEAN BETTS,, ) | |
| ) | |
| Defendant. ) | |

    1. Ms. Betts appeared before this Court on October 10, 2013, and entered guilty pleas to violations of 21 U.S.C. §§ 846, 841 (a)(1), 963, 952, 960 (a)(1), and 18 U.S.C. § 2. The sentencing hearing is currently scheduled for January 16, 2014, at 10:00 a.m.

    2. United States Probation Officer Benjamin Flores has contacted the parties to request a continuance of the sentencing hearing, in order to complete preparation of the Presentence Report.

    3. Accordingly, the parties are respectfully requesting that the sentencing hearing be continued to February 20, 2014, at 10:00 a.m.

STIPULATION TO CONTINUE HEARING;
[] ORDER
NO. CR 12-00613-DLJ

1    4.  Based on the foregoing, the sentencing hearing shall be continued to February 20,

2 2014, at 10:00 a.m.

3    IT IS SO ORDERED.

4 Dated: January Fí_____, 2014    _____

5                                    HON. D. LOWELL JENSEN
                                     United States District Judge

26 STIPULATION TO CONTINUE HEARING;
   [] ORDER
   NO. CR 12-00613-DLJ

4