1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant,
6  DESTINY JEAN BETTS

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

12 UNITED STATES OF AMERICA,           )   No. CR 12-00613-DLJ
                                       )
13                Plaintiff,           )   STIPULATION TO CONTINUE
                                       )   SENTENCING; [] ORDER
14 vs.                                 )
                                       )
15 DESTINY JEAN BETTS,                 )
                                       )
16                Defendant.           )
   _____
17
       Plaintiff United States of America, by and through Assistant United States Attorney
18
   Philip Guentert, and Defendant DESTINY JEAN BETTS ("Ms. Betts"), by and through her
19
   attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the
20
   sentencing hearing should be continued from February 20 to April 3, 2014, at 10:00 a.m.
21
       1. Ms. Betts appeared before this Honorable Court on October 10, 2013, and entered
22
   guilty pleas to violations of 21 U.S.C. §§ 846, 841 (a)(1), 963, 952, 960 (a)(1), and 18 U.S.C. §
23
   2. The sentencing hearing is currently scheduled for February 20, 2014, at 10:00 a.m.
24

25

26 STIPULATION TO CONTINUE HEARING;
   [] ORDER
   NO. CR 12-00613-DLJ
                                            1

    2. United States Probation Officer Benjamin Flores has contacted the parties to request a continuance of the sentencing hearing, in order to complete his preparation of the Presentence Report.

    3. Accordingly, the parties are respectfully requesting that the sentencing hearing be continued to April 3, 2014, at 10:00 a.m.

IT IS SO STIPULATED.

                                                Respectfully submitted,

                                                STEVEN G. KALAR
                                                Federal Public Defender

                                                ___/s/_____
Dated: February 18, 2014            ROBERT CARLIN
                                                Assistant Federal Public Defender

                                                UNITED STATES ATTORNEY

Dated: February 18, 2014            _/s/_____
                                                PHILIP GUENTERT
                                                Assistant United States Attorney

STIPULATION TO CONTINUE HEARING;
[] ORDER
NO. CR 12-00613-DLJ

1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant,
6  DESTINY JEAN BETTS

7

8
                IN THE UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11
                                          )
12  UNITED STATES OF AMERICA,              )   No. CR 12-00613-DLJ
                                          )
13              Plaintiff,                 )   [] ORDER ON STIPULATION
                                          )   TO CONTINUE STATUS CONFERENCE
14  vs.                                    )
                                          )
15  DESTINY JEAN BETTS,,                   )
                                          )
16              Defendant.                 )
    _____
17
        1. Ms. Betts appeared before this Court on October 10, 2013, and entered guilty pleas to
18
    violations of 21 U.S.C. §§ 846, 841 (a)(1), 963, 952, 960 (a)(1), and 18 U.S.C. § 2.  The
19
    sentencing hearing is currently scheduled for February 20, 2014, at 10:00 a.m.
20
        2. United States Probation Officer Benjamin Flores has contacted the parties to request a
21
    continuance of the sentencing hearing, in order to complete preparation of the Presentence
22
    Report.
23
        3. Accordingly, the parties are respectfully requesting that the sentencing hearing be
24
    continued to April 3, 2014, at 10:00 a.m.
25

26  STIPULATION TO CONTINUE HEARING;
    [] ORDER
    NO. CR 12-00613-DLJ
                                        3

1      4. Based on the foregoing, the sentencing hearing shall be continued to April 3, 2014, at 10:00 a.m.

IT IS SO ORDERED.

Dated: February __FJ__, 2014      _____
    HON. D. LOWELL JENSEN
    United States District Judge

STIPULATION TO CONTINUE HEARING;
[] ORDER
NO. CR 12-00613-DLJ

4