1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575        *E-FILED - 4/2/14*
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant,
6  DESTINY JEAN BETTS

7

8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                              SAN JOSE DIVISION
11

12 UNITED STATES OF AMERICA,        )     No. CR 12-00613-DLJ
                                    )
13              Plaintiff,          )     **STIPULATION TO CONTINUE**
                                    )     **SENTENCING; [] ORDER**
14 vs.                              )
                                    )
15 DESTINY JEAN BETTS,              )
                                    )
16              Defendant.          )
   _____
17
        Plaintiff United States of America, by and through Assistant United States Attorney
18
   Philip Guentert, and Defendant DESTINY JEAN BETTS ("Ms. Betts"), by and through her
19
   attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the
20
   sentencing hearing should be continued from April 3, 2014, to May 1, 2014, at 10:00 a.m.
21
        1. Ms. Betts appeared before the Court on October 10, 2013, and entered guilty pleas to
22
   violations of 21 U.S.C. §§ 846, 841 (a)(1), 963, 952, 960 (a)(1), and 18 U.S.C. § 2.
23
        2. The sentencing hearing is currently scheduled for April 3, 2014, at 10:00 a.m.
24

25

26 STIPULATION TO CONTINUE HEARING;
   [] ORDER
   NO. CR 12-00613-DLJ
                                        1

1    3. Ms. Betts needs additional time to prepare and file her sentencing position paper.

2    4. Accordingly, the parties are respectfully requesting that the sentencing hearing be

3 continued to May 1, 2014, at 10:00 a.m.

5 IT IS SO STIPULATED.

6                                Respectfully submitted,

7                                STEVEN G. KALAR
                               Federal Public Defender

10 Dated: April 2, 2014           _____/s_____
                               ROBERT CARLIN
                               Assistant Federal Public Defender

12                                UNITED STATES ATTORNEY

14 Dated: April 2, 2014           __/s/_____
                               PHILIP GUENTERT
15                                Assistant United States Attorney

26 STIPULATION TO CONTINUE HEARING;
[] ORDER
NO. CR 12-00613-DLJ

2

1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant,
6  DESTINY JEAN BETTS

7

8
                  IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN JOSE DIVISION
11
                                          )
12 UNITED STATES OF AMERICA,               )   No. CR 12-00613-DLJ
                                          )
13                Plaintiff,               )   **[] ORDER ON
                                          )   STIPULATION TO CONTINUE STATUS
14 vs.                                     )   CONFERENCE**
                                          )
15 DESTINY JEAN BETTS,,                    )
                                          )
16                Defendant.               )
   _____
17

18
       1. Ms. Betts appeared before this Court on October 10, 2013, and entered guilty pleas to
19
   violations of 21 U.S.C. §§ 846, 841 (a)(1), 963, 952, 960 (a)(1), and 18 U.S.C. § 2.
20
       2. The sentencing hearing is currently scheduled for April 3, 2014, at 10:00 a.m.
21
       3. Ms. Betts needs additional time to prepare and file her sentencing position paper.
22
   //
23
   //
24
   //
25

26 STIPULATION TO CONTINUE HEARING;
   [] ORDER
   NO. CR 12-00613-DLJ
                                          3

1      4. Based on the foregoing, the sentencing hearing shall be continued to May 1, 2014, at

2   10:00 a.m.

3

4      IT IS SO ORDERED.

5   Dated: April ____2____, 2014      _____

6                                      HON. D. LOWELL JENSEN
                                       United States District Judge

7

26   STIPULATION TO CONTINUE HEARING;
     [] ORDER
     NO. CR 12-00613-DLJ

4