```
 1  STEVEN G. KALAR
    Federal Public Defender
 2  ROBERT CARLIN
    Assistant Federal Public Defender
 3  160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
 4  Telephone:  (408) 291-7753
    E-mail: robert_carlin@fd.org
 5
    Counsel for Defendant,
 6  DESTINY JEAN BETTS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DESTINY JEAN BETTS,<br><br>            Defendant. | No. CR 12-00613-DLJ<br><br>**STIPULATION TO ADVANCE SENTENCING; [] ORDER** |

Plaintiff United States of America, by and through Assistant United States Attorney Philip Guentert, and Defendant DESTINY JEAN BETTS ("Ms. Betts"), by and through her attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the sentencing hearing should be advanced from May 15 to May 8, 2014, at 10:00 a.m.

1. Ms. Betts appeared before the Court on October 10, 2013, and entered guilty pleas to violations of 21 U.S.C. §§ 846, 841 (a)(1), 963, 952, 960 (a)(1), and 18 U.S.C. § 2.

2. The sentencing hearing is currently scheduled for May 15, 2014, at 10:00 a.m.

3. Ms. Betts has requested a sentence of time served, and drug treatment as a condition of supervised release.  United States Probation has located a space at a residential drug treatment

STIPULATION TO CONTINUE HEARING;
[] ORDER
NO. CR 12-00613-DLJ

1

1  program.  In the event the Court is inclined to sentence her as requested, Ms. Betts would like to

2  be sentenced as soon as possible to ensure that the space at the treatment facility is not lost.

3        4. Accordingly, the parties are respectfully requesting that the sentencing hearing be

4  continued to May 8, 2014, at 10:00 a.m.

5  IT IS SO STIPULATED.

6                                    Respectfully submitted,

7                                    STEVEN G. KALAR
                                     Federal Public Defender

                                     /s
9  Dated: May 6, 2014                _____
                                     ROBERT CARLIN
10                                   Assistant Federal Public Defender

11
                                     UNITED STATES ATTORNEY
12

13
                                     /s
14 Dated: May 6, 2014                _____
                                     PHILIP GUENTERT
15                                   Assistant United States Attorney

26  STIPULATION TO CONTINUE HEARING;
    ] ORDER
    NO. CR 12-00613-DLJ

2

1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant,
6  DESTINY JEAN BETTS

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11                                          )
    UNITED STATES OF AMERICA,                )   No. CR 12-00613-DLJ
12                                          )
                   Plaintiff,                )   **[] ORDER ON**
13                                          )   **STIPULATION TO CONTINUE STATUS**
    vs.                                      )   **CONFERENCE**
14                                          )
    DESTINY JEAN BETTS,,                     )
15                                          )
                   Defendant.                )
16  _____

17       1. Ms. Betts appeared before this Court on October 10, 2013, and entered guilty pleas to

18  violations of 21 U.S.C. §§ 846, 841 (a)(1), 963, 952, 960 (a)(1), and 18 U.S.C. § 2.

19       2. The sentencing hearing is currently scheduled for May 15, 2014, at 10:00 a.m.

20       3. Ms. Betts has requested a sentence of time served, and drug treatment as a condition

21  of supervised release.  United States Probation has located a space at a residential drug treatment

22  program.  In the event this Court is inclined to sentence her as requested, Ms. Betts would like to

23  be sentenced as soon as possible to ensure that the space at the treatment facility is not lost.

24  ///

25  ///

26  STIPULATION TO CONTINUE HEARING;
    [] ORDER
    NO. CR 12-00613-DLJ

1  4. Based on the foregoing, the sentencing hearing shall be continued to May 8, 2014, at
2  10:00 a.m.
3  IT IS SO ORDERED.
4  Dated: May ï_____, 2014  _____
5  HON. D. LOWELL JENSEN
   United States District Judge

26 STIPULATION TO CONTINUE HEARING;
   [] ORDER
   NO. CR 12-00613-DLJ

4